JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAN CLOTHING, INC., a California corporation,<br><br>                Plaintiff,<br><br>   vs.<br><br>CHARLOTTE RUSSE, INC., a California corporation, et al.<br><br>              Defendants. | Case No. CV 11-08342- RGK (FFMx)<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

1  Pursuant to stipulation of the parties to this action that the complaint of plaintiff Han Clothing, Inc. against defendants Charlotte Russe, Inc., a California corporation; Urban Episode, Inc., a California corporation; Division One, Inc., a California corporation; D&A Industries, Inc., a California corporation; Styles for Less, Inc., a California corporation; and DOES 1-10, inclusive be dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 25, 2012  _____

Hon. R Gary Klausner,
United States District Court Judge